# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Aaron Montgomery, being duly sworn, hereby depose and state as follows:

## INTRODUCTION

1.      Affiant makes this affidavit in support of a criminal complaint and arrest warrant. This affidavit is based upon information that Affiant has gained through training and experience, as well as upon information relayed by other individuals, including law enforcement officers. This affidavit is being submitted for the limited purpose of establishing probable cause to secure an arrest warrant. As a result, Affiant has not included every fact known in the investigation.

2.      Affiant submits, as set forth below, that there is probable cause to believe that Victor Henry Austin possessed a firearm after being convicted of an offense with a potential prison sentence of more than one year in violation of 18 United States Code, Section 922(g)(1) and possession of controlled substances with intent to distribute in violation of Title 21, United States Code, Sections 841(a)(1).

## TRAINING AND EXPERIENCE

3.      Your affiant is currently employed as a police officer with the Lima Police Department (LPD) and have been for over 16 years. I was a K9 handler for well over six years and while under this capacity focused primarily in the location and detection of illegal narcotics with my K9.  I am also currently a Task Force Officer (TFO) with the FBI.   I am currently assigned to both the WCOCTF and NWOSSTF and have been since February of 2019. The WCOCTF is a unit designed to investigate drug operations throughout Allen and Van Wert Counties. The NWOSSTF is designed to investigate drug operations including but not limited inside and outside of Ohio.  I have investigated drug crimes while in the patrol division and assisted the Task Force in the past making direct drug buys and possessions.  I have received multiple

trainings related to illegal drug related crimes including but not limited to possession and trafficking.  I have received training on topics including but not limited to the interdiction of narcotics, contraband, bulk cash smuggling, human smuggling and trafficking, human sex trafficking, money laundering, organized crimes and gangs.  I have also received training on package interdiction methods focusing on but not limited to different methods in which illegal narcotics and contraband are shipped, received and or smuggled through various forms of shipment.

4.      As a Task Force Officer with the FBI Lima Resident Office, I have participated in many aspects of drug investigations including conducting physical and electronic surveillance, analyzing telephone toll information obtained through subpoenas, and participating in investigations involving the intercept of wire communications, body recordings, and video surveillance. I have been the affiant for numerous search warrants, which have resulted in the discovery and seizure of relevant evidence. Materials searched for and recovered have included controlled substances, packaging materials, scales, cutting agents, weapons, documents, papers, electronic files and other media, receipts for concealed investments, and proceeds derived from the distribution of controlled substances.

## PROBABLE CAUSE

5.       On August 1, 2024, the West Central Ohio Crime Task Force, North West Ohio Safe Streets Task Force assisted by the Lima Police Department S.W.A.T. Team served a lawfully obtained drug related search warrant at the address of 111 S. Cole St. Lima, Allen County, Ohio 45805.  The search warrant was authorized by Judge Kohlrieser of the Allen County Common Pleas Court.

6.      During the initial service of the search warrant, no subjects were located inside of the residence.  Prior to the execution of the search warrant Victor Austin had been observed leaving from this residence and subsequently a traffic stop did occur within a short distance of him leaving from his residence located and identified as 111 S. Cole St. Lima, Allen County Ohio.

7.      The investigation, including surveillance and other techniques, confirmed Victor Austin current residential address as 111 S. Cole St, Lima, Ohio 45804 by himself. Victor was utilizing this addresses to assist in his criminal activity associated with drug trafficking and weapons possessions.

8.      During the course of the search executed on August 1, 2024, of the interior of the residence, law enforcement seized a digital scale covered in suspected drug residue, drug paraphernalia, a firearm, and plastic bags containing suspected Cocaine, Methamphetamine and other suspected illegal narcotics. The cocaine and methamphetamine was field tested and found to be cocaine and methamphetamine. All of the items listed where located inside of 111 S. Cole St Lima, Allen County Ohio.  The suspected Cocaine, drug paraphernalia including scales and spoons were located in plain view on the living room table.  There was also suspected Fentanyl pills located in plain view on the living room table in a candle. The fentanyl was field tested and found to be fentanyl. On the living room floor officers located a single 1kg bag of Baby Blue binding powder.  Your affiant knows this powder to be used to press and create Fentanyl pills.

9.      Located on the couch inside a black draw string bag were several clear plastic capsules containing suspected Heroin and or other illegal narcotics. The heroin was field tested and found to be heroin. Along with these capsules in the bag was several sandwich baggies used to package and distribute the pills.  There was also a digital scale used to weigh and measure the appropriate amount of suspected illegal narcotics.

10.     Located in the living room on the couch was a clear plastic shopping bag. Inside this back was a suspected amount of Crack Cocaine contained in a clear sandwich baggie.

11.     Inside of the bedroom identified as Austin's, a Glock 43x 9x19mm with serial number: BWLG498 was located under his pillow on top of the bed.  This firearm was found to be loaded with several live rounds in the magazine and one in the chamber.  A box of live ammunition was also located inside the residence in the living room area.

12.    Inside Austin's bedroom a bag of suspected Fentanyl was located. The suspected Fentanyl and firearm were located within close proximity of each other. The Fentanyl was located at the top of the bed on a nightstand attached to the bed. In the bedroom near the firearm and suspected Fentanyl were several pieces of mail in plain view.  These pieces of mail were addressed to Victor Austin at 111 S. Cole St Lima, Ohio.  Several pieces of the mail were from July of 2024.

13.     Suspected Crack Cocaine was also located on an ironing table inside of Austin's bedroom close to the firearm and suspected Fentanyl.

14.    All of the items collected inside of 111 S. Cole St were retained establishing a chain of custody and taken to the task force office where it was secured and placed into evidence.

15.    The Glock 43x located on Austin's bed inside of 111 S. Cole St. was sent to the Bureau of Criminal Investigation for testing.  This firearm was test fired to determine a representative sample for NIBIN entry and to make sure the firearm did function properly.

16.    The firearm was found to function properly and did expel or propel a projectile from the barrel cycling a second found from the magazine into the chamber.

17.    An ETRACE was performed on the Glock 43x located inside of 111 S. Cole St. The firearm was found to be manufactured in Austria and imported by Glock Inc., to Smyrna Georgia.

18.    Austin has felony convictions in Allen County Ohio for CCW (2010), Putnam County Ohio Trafficking in Drugs (2010), Robbery (2010), Weapons under Disability (2010). Austin has a federal conviction in the Northern District of Ohio for being a Felon in Possession of a Firearm (2018). The above convictions carry potential sentences for greater than one year. Austin served more than one year for Felon in Possession of a Firearm and is on supervised release for the offense.

## <u>CONCLUSION</u>

19.    Based on the foregoing facts, there is probable cause to believe that on or about August 1, 2024 in the Northern District of Ohio, Western Division, Victor Austin committed violations of 18 United States Code Section 922(g)(1) and 21 United States Code Section 841(a)(1).


_____
Aaron Montgomery
Task Force Officer
Federal Bureau of Investigation


Sworn to via telephone on this  23rd day of August 2024,
after submission by reliable electronic means.
Fed R. Crim. P. 4.1 and 41(d)(3)

_____
DARRELL A. CLAY
United States Magistrate Judge